IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRENCE WASHINGTON and MILLICENT C. WHITE,** : | |
| Plaintiffs, : | |
| vs. : | **CIVIL ACTION 08-0121-CG-C** |
| **RON BAGGETT, et al.,** : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 31st day of October/November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE